222 So.2d 879

**STATE of Louisiana**

v.

**Larry COOPER.**

No. 49882.

May 22, 1969.

In re: Larry Cooper applying for writs of certiorari, prohibition, mandamus, habeas corpus and stay order.

Application denied. On the showing made relator is not entitled to the relief prayed for.